him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1733. IN RE DISBARMENT OF WADE. William Vernon Wade, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1734. IN RE DISBARMENT OF BUSBY. Donald Lee Busby, of Temple, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1735. IN RE DISBARMENT OF KIMES. Larry Wayne Kimes, of Austin, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–14. EMERY v. CITY OF TOLEDO;
No. M–16. JOHNSON v. SPARKMAN ET AL.;
No. M–17. JONES v. NANCE ET AL.;
No. M–18. HELBLING v. BEVERE ET AL.;
No. M–19. WHITAKER v. WHITAKER; and
No. M–20. DOE ET AL. v. PURITY SUPREME, INC., ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–15. SWEENEY v. NATIONAL TRANSPORTATION SAFETY BOARD. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 95–897. AUER ET AL. v. ROBBINS ET AL. C. A. 8th Cir. [Certiorari granted, 518 U. S. 1016.] Motion of International Association of Chiefs of Police for leave to file a brief as *amicus curiae* granted.

No. 95–939. IMMIGRATION AND NATURALIZATION SERVICE v. ELRAMLY. C. A. 9th Cir. [Certiorari granted, 516 U. S. 1170.] Motion of California for leave to file a brief as *amicus curiae* granted *nunc pro tunc.*